**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

DEBORAH DONOGHUE and
MARK RUBENSTEIN

                *Plaintiffs,*          **JOINT STIPULATION AND**
                                                               **[PROPOSED] ORDER**

   v.

MYOVANT SCIENCES LTD.,                           No. 20-cv-01807-JGK

                *Nominal Defendant,*

and

ROIVANT SCIENCES LTD.,

                *Defendant.*

---------------------------------------------------------------X

       WHEREAS, Plaintiffs commenced this action by filing a complaint dated February 29, 2020 (the "Complaint") in the United States District Court for the Southern District of New York;

       WHEREAS, Plaintiffs contend that they have properly effected service and Defendant Roivant Sciences Ltd. ("Defendant") contends they have not;

       WHEREAS, Plaintiffs have not served Defendant with a waiver of service form; and

       WHEREAS, Plaintiffs and Defendant wish to agree to a reasonable schedule for answering the Complaint or briefing any motion to dismiss;

       IT IS HEREBY STIPULATED AND AGREED among the undersigned parties, subject to the Court's approval, as follows:

1. Plaintiffs shall be deemed to have sent a notice and request for waiver of service as of the date that this Stipulation is ordered by the Court pursuant to Rule 4(d) of the Federal Rules of Civil Procedure.

2. Defendant shall be deemed to have responded to the request and waived service as of the date that this Stipulation is ordered by the Court and, in accordance with paragraph (1), shall answer or move to dismiss the Complaint within sixty (60) days of this Stipulation being entered by the Court.

3. If Defendant moves to dismiss the Complaint, Plaintiffs shall file any opposition to Defendant's motion within sixty (60) days of Defendant's filing of its motion to dismiss.

4. If Plaintiffs file an opposition to Defendant's motion to dismiss, Defendants shall file any reply memorandum within thirty (30) days of Plaintiffs' opposition.

**IT IS SO ORDERED.**

_____
THE HON. JOHN G. KOELTL
UNITED STATES DISTRICT JUDGE

Dated: March _____, 2020
       New York, New York

Dated: March 17, 2020                    Respectfully submitted,

                                              LAW OFFICES OF DAVID LOPEZ

By:     /s/ David Lopez
     David Lopez (DL-6779)
     P.O. Box 323
     171 Edge of Woods Rd.
     Southampton, NY  11969
     (631) 287-5520
     DavidLopezEsq@aol.com


MIRIAM TAUBER PLLC

By:     /s/ Miriam Tauber
     Miriam Tauber (MT-1979)
     885 Park Ave. 2A
     New York, NY  10075
     (323) 790-4881
     MiriamTauberLaw@gmail.com

*Attorneys for Deborah Donoghue and Mark Rubenstein*


WILLIAMS & CONNOLLY LLP

By:     /s/ John S. Williams
     Robert A. Van Kirk (*pro hac* application forthcoming)
     George A. Borden (GB-7019)
     John S. Williams (JW-6927)
     725 Twelfth Street, N.W.
     Washington, DC 20005

     650 Fifth Avenue
     Suite 1500
     New York, NY 10019
     (202) 434-5646
     (202) 434-5027 (facsimile)
     rvankirk@wc.com
     gborden@wc.com
     jwilliams@wc.com
     *Attorneys for Roivant Sciences Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that on March 17, 2020, I electronically filed the foregoing Joint Stipulation and [Proposed] Order with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all attorneys of record.

Respectfully submitted,

/s/ John S. Williams
John Williams