```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
────────────────────────────────────────
DEBORAH DONOGHUE et al.,

                    Plaintiffs,         20-cv-1807 (JGK)
                                        20-cv-2542 (JGK)
        - against -
                                        ORDER
ROIVANT SCIENCES LTD & MYOVANT
SCIENCES LTD et al.,
.
                    Defendants.
────────────────────────────────────────
```

**JOHN G. KOELTL, District Judge:**

The parties should submit a revised stipulation by April 28, 2020 providing for no more than 45 days to answer or submit a motion to dismiss. If the plaintiffs decide to file an amended complaint in response to the first motion to dismiss, the parties should provide for a new schedule for the defendants' answer or motion to dismiss that amended complaint. The time to submit a response to any motion should be no longer than 45 days and the time to file any reply should be no longer than 20 days.

**SO ORDERED.**

**Dated:**    New York, New York
            April 21, 2020       /s/ John G. Koeltl
                                      John G. Koeltl
                            United States District Judge