UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE MYOVANT SCIENCES LTD. SECTION 16(b) LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Lead Case No. 20-cv-1807 (JGK)<br><br>(Consolidated with No. 20-cv-2542 (JGK)) |

**NOTICE OF MOTION OF ROIVANT SCIENCES LTD.
TO DISMISS THE AMENDED COMPLAINT**

PLEASE TAKE NOTICE THAT, upon the accompanying Memorandum of Law and Declaration of John S. Williams and exhibits annexed thereto, both dated June 19, 2020, Defendant Roivant Sciences Ltd. moves this Court before the Honorable John G. Koeltl, United States District Judge, United States District Court for the Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, for an Order dismissing this action pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure.

Dated: June 19, 2020             Respectfully submitted,
       Washington, D.C.

WILLIAMS & CONNOLLY LLP

*/s/ Robert A. Van Kirk*

Robert A. Van Kirk (admitted *pro hac vice*)
George A. Borden (GB-7019)
John S. Williams (JW-6927)
Thomas S. Chapman
725 Twelfth Street, N.W.
Washington, D.C. 20005

650 Fifth Ave., Suite 1500
New York, New York 10019
Phone: (202) 434-5000
Fax:    (202) 434-5029
Email:  rvankirk@wc.com
         gborden@wc.com
         jwilliams@wc.com
         tchapman@wc.com