```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
───────────────────────────────────────

IN RE MYOVANT SCIENCES LTD. SECTION          20-cv-1807 (JGK)
16(b) LITIGATION                              20-cv-2542 (JGK)

                                             **ORDER**

───────────────────────────────────────

**JOHN G. KOELTL, District Judge:**

The parties are requested to provide the Court with a status report on this litigation by August 24, 2021.

**SO ORDERED.**

**Dated:    New York, New York
           August 20, 2021**

                                    /s/ John G. Koeltl
                                       John G. Koeltl
                              United States District Judge