```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

IN RE MYOVANT SCIENCES LTD. SECTION 16(b) LITIGATION

20-cv-1807 (JGK)
20-cv-2542 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

By September 29, 2021, counsel for Myovant and Defendant Roivant Sciences Ltd. should provide any comments on the plaintiffs' Motion for Settlement Approval, ECF No. 60, including the request that the Settlement be approved without any further notice.

SO ORDERED.
Dated:   New York, New York
         September 22, 2021

/s/ John G. Koeltl
John G. Koeltl
United States District Judge